FRANK LATORRE, Respondent, *v.* PEPSI COLA METROPOLITAN BOTTLING Co., INC., Appellant.

Supreme Court, Appellate Term, Second Department, March 12, 1953.

*Charles A. Nolan, Jr.*, and *B. C. Kelly* for appellant.

*Joseph H. Sand* and *Milton Berelson* for respondent.

*Per Curiam.* A party securing a discovery and inspection is not required to furnish a copy of his own expert's report to his adversary. (*Glichenhouse* v. *Pepsi-Cola*, N. Y. L. J., Aug. 6, 1942, p. 288, col. 1; *Hanover* v. *Kelly Dry Ginger Ale*, N. Y. L. J., Nov. 2, 1944, p. 1152, col. 2.)

The order should be unanimously modified upon the law by striking therefrom the provision requiring defendant to furnish a copy of the report of the discovery and inspection to plaintiff's attorney and, as so modified, affirmed, without costs. The inspection shall proceed on March 25, 1953, at 10:30 A.M., at the place fixed in the order or at such other time and place to which the parties may stipulate.

WALSH, CUFF and UGHETTA, JJ., concur.

Ordered accordingly.